DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 101P13 | State v. Terrell Raynor | Def's PWC to Review the Order of COA (COAP12-513) | Dismissed |
|---|---|---|---|
| 103P13 | State v. Shawn Odell Blake | 1. Def's *Pro Se* Motion for NOA (COAP13-98)<br><br>2. Def's *Pro Se* PWC to Review the Order of the COA<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. See Special Order<br><br>2. See Special Order<br><br>3. See Special Order |
| 104P11-3 | State v. Titus Batts | Def's *Pro Se* Motion to Dismiss Indictment | Dismissed |
| 107P98-4 | State v. Randolph Wilson | Def's *Pro Se* PWC to Review Order of COA (COAP13-146) | Denied |
| 110P13 | TD Bank, N.A., Successor-in-Interest to Carolina First Bank, a South Carolina Corporation v. Crown Leasing Partners, LLC, a North Carolina Limited Liability Company; Melvin Russell Shields; and Timothy J. Blanchat | 1. Plt's NOA Based Upon a Constitutional Question (COA12-648)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied |
| 111P13 | State v. Zavier Charles Chisholm | Def's PDR Under N.C.G.S. § 7A-31 (COA12-901) | Denied |
| 114P13 | Wendy Sue Pender, Executrix of the Estate of Rochelle Boswell Pender v. Joshua Max Lambert, Sean Respass, Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and Wal-Mart Associates, Inc. | Plt's PDR Under N.C.G.S § 7A-31 (COA12-714) | Denied |
| 119P13 | State v. Ryan Ansley Rendleman | Def's PDR Under N.C.G.S. § 7A-31 (COA12-463) | Denied |